IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 5:14-CR-_70-MTT_ |
| : | |
| v. : | VIOLATION: 21 U.S.C. § 841(a)(1) |
| : | 21 U.S.C. § 841(b)(1)(C) |
| ANTONIO NARVAEZ and : | 18 U.S.C. § 2 |
| FRANCISCO GALLARDO-VASQUEZ : | 21 U.S.C. § 853 |

THE GRAND JURY CHARGES:

## COUNT ONE
## POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That on or about June 9, 2014, in the Macon Division of the Middle District of Georgia, the defendant,

**ANTONIO NARVAEZ and
FRANCISCO GALLARDO-VASQUEZ,**

aided and abetted by each other and by others unknown to the Grand Jury, did unlawfully, intentionally and knowingly possess with the intent to distribute a Schedule II controlled substance, to-wit: a mixture and substance containing methamphetamine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE
(21 U.S.C. § 853-Criminal Forfeiture)

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of

alleging forfeiture to the United States of America, pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the offense(s) of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), the defendants,

**ANTONIO NARVAEZ and
FRANCISCO GALLARDO-VASQUEZ,**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly and indirectly, as a result of such offense(s), and any property, real or personal, used or intended to be used in any manner or part to commit, or facilitate the commission of, the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

 (a) cannot be located upon the exercise of due diligence:

 (b) has been transferred, sold to, or deposited with a third person:

 (c) has been placed beyond the jurisdiction of the Court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

All as provided by Title 21, United States Code, Section 853.

A TRUE BILL.

s/ _____
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___15th___ *day of*
___October___ *A.D. 20* _14_ .

_____
Deputy Clerk